**NOT FOR PUBLICATION**

# FILED

UNITED STATES COURT OF APPEALS

JUN 3 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| HAWAII WILDLIFE FUND, a Hawaii non-profit corporation; et al., | No.  15-17447 |
| Plaintiffs-Appellees, | D.C. No. 1:12-cv-00198-SOM-BMK |
| v. | |
| COUNTY OF MAUI, | ORDER* |
| Defendant-Appellant. | |

On Remand from the United States Supreme Court

Before:  SCHROEDER, D.W. NELSON, and McKEOWN, Circuit Judges.

The judgment of this court, 886 F.3d 737, was vacated by the Supreme Court in *County of Maui, Hawaii v. Hawaii Wildlife Fund*, 140 S. Ct. 1462 (2020). We remand this case to the district court for further proceedings consistent with the Supreme Court's opinion.

---

*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.